# Court of Appeals, State of Michigan

## ORDER

Shambhu Patel v Hemant Patel

Docket No.    339878

LC No.    16-004469-CB

Christopher M. Murray
Presiding Judge

Jane E. Markey

Jonathan Tukel
Judges

The Court orders that the June 19, 2018 opinion is hereby AMENDED. The opinion contained the following clerical error: Vishnu Shree II Inc should be corrected in the caption of the opinion to read Shree Vishnu II Inc.

It is further ordered that the Clerk send a copy to the reporter's office directing them to correct this clerical error during the publication process.

In all other respects, the June 19, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 0 2 2018
_____
Date

_____
Chief Clerk